**Marvin A. HARLAN; Carol G. Harlan, Plaintiffs–Appellants,**

v.

**The BANK OF NEW YORK MELLON, formerly known as The Bank of New York, as Trustee for the Certificate Holders CWALT, Inc., Alternative Loan Trust 2006–30T1, Mortgage Pass–Through Certificates, Series 2006–30T1, Defendant–Appellee.**

No. 15–3268

United States Court of Appeals, Eighth Circuit.

Submitted: July 5, 2016

Filed: July 18, 2016

Marvin A. Harlan, Fayetteville, AR, Pro Se.

Carol G. Harlan, Fayetteville, AR, Pro Se.

Judy Simmons Henry, Wright & Lindsey, Little Rock, AR, Edmund Scott Sauer, Bradley & Arant, Nashville, TN, for Defendant–Appellee. ·

Before COLLOTON, GRUENDER, and KELLY, Circuit Judges.

PER CURIAM.

In this diversity action, Marvin and Carol Harlan sought declaratory relief from a home mortgage, and the Bank of New York Mellon (BONY) brought a counterclaim for judicial foreclosure. The Harlans appeal after the district court[1] granted BONY's motions for judgment on the pleadings and for summary judgment, and entered a final judgment and decree of foreclosure. After careful de novo review, we conclude that the Harlans' arguments on appeal do not warrant reversal. *See Saterdalen v. Spencer*, 725 F.3d 838, 840 (8th Cir. 2013) (grant of judgment on pleadings is reviewed de novo); *Linn Farms and Timber Ltd. P'ship v. Union Pac. R.R. Co.*, 661 F.3d 354, 357 (8th Cir. 2011) (grant of summary judgment is reviewed de novo). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.